IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01920-AP

LAVERA K. LUCKINI,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Michael A. Desaulniers
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

For Defendant:

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney

DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
(303) 844-1570
debra.meachum@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:** 9/25/06
   B.   **Date Complaint Was Served on U.S. Attorney's Office:** 10/6/06
   C.   **Date Answer and Administrative Record Were Filed**: 12/5/06

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

   A.   **Plaintiff's Opening Brief Due:**         January 30, 2007
   B.   **Defendant's  Response Brief Due:**    March 1, 2007
   C.   **Plaintiff's  Reply Brief (If Any) Due:** March 16, 2007

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff does not request oral argument.
Defendant does not request oral argument.

- 3 -

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**   **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**   **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 27th day of December, 2006.

                                BY THE COURT:

                               *S/John L. Kane*
                               U.S. DISTRICT COURT JUDGE

- 4 -

APPROVED:

s/Michael A. Desaulniers 12/26/06      TROY A. EID
                                                         UNITED STATES ATTORNEY

Michael A. Desaulniers
402 W. 12th Street                                KURT J. BOHN
Pueblo, CO 81003                               Assistant U.S. Attorney
Telephone: (719) 543-8636             kurt.bohn@usdoj.gov
seckarlaw@mindspring.com

                                                         s/Debra J. Meachum 12/26/06
Attorney for Plaintiff                             Debra J. Meachum
                                                         Special Assistant U.S. Attorney
                                                         1961 Stout St., Suite 1001A
                                                         Denver, Colorado  80294
                                                         Telephone: (303) 844-1570
                                                         debra.meachum@ssa.gov

                                                         Attorneys for Defendant.