IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1920-AP**

**LAVERA K. LUCKINI**,

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

**ORDER**

Kane, J.

The Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #20), filed May 30, 2007, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$4,500.00**.

Dated at Denver, Colorado, this 30th day of May, 2007.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT